IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHELLY A. VASQUEZ,<br><br>                Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>  Acting Commissioner of Social Security,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT & RECOMMENDATION**<br><br>Case No. 2:17-cv-00823-DN-EJF<br><br>District Judge David Nuffer<br><br>Magistrate Judge Evelyn J. Furse |

Magistrate Judge Evelyn J. Furse's Report and Recommendation under 28 U.S.C. § 636(b)(1)(B) recommends affirming the Commissioner's decision denying Plaintiff Shelly A. Vasquez's claim for social security disability benefits and supplemental security income.[1]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b).[2] No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[3] is adopted in its entirety. The Commissioner's decision is AFFIRMED.

---

[1] Docket no. 21, filed Sept. 11, 2018.

[2] *Id*. at 12.

[3] *Id*.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and the Commissioner's decision is AFFIRMED.

The Clerk is directed to close the case.

Signed September 26, 2018.

BY THE COURT

David Nuffer
United States District Judge

---

[4] Docket no. 21, filed Sept. 11, 2018.